# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 1087

VERSUS

GAVIN GALJOUR

**JANUARY 29, 2024**

---

In Re:  Gavin Galjour, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 427485.

---

BEFORE:  **McCLENDON, LANIER, AND HESTER, JJ.**

**WRIT DENIED.**

**PMc**
**WIL**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT